FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 JUL -7 PM 4:49
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| CARL BENDER | * | CIVIL ACTION | |
| | * | | |
| VERSUS | * | NO. | 04-1930 |
| | * | | |
| MID-STREAM FUEL SERVICE, L.L.C./ MIDSTREAM HOLDING CORPORATION AND OCEAN LONGEVITY SHIPPING AND MANAGEMENT COMPANY, LTD. | * | SECTION | SECT. L MAG. 5 |
| | * | MAGISTRATE | |

***********************************************************************

COMPLAINT UNDER THE JONES ACT

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

1.

This action is based upon the general maritime law, the Jones Act, (46 U.S.C. Sec. 686) as hereinafter more fully appears:

2.

Plaintiff is an American seaman and presently resides in the City of Mobile, State of Alabama; defendant MID-STREAM FUEL SERVICE, L.L.C./MID STREAM HOLDING CORPORATION is a foreign corporation organized under laws other than the State of Louisiana but doing business in this parish and state and, at all pertinent times hereto, was the owner and operator of the M/V JEANIE G, a push boat; defendant, OCEAN LONGEVITY SHIPPING AND MANAGEMENT COMPANY, LTD is a foreign corporation organized under the laws of Hong Kong and at all pertinent times hereto operated the M/V OCEAN PRIDE, a cargo vessel that did business in this city and state.

✓ Fee Seaman
✓ Process
X Dktd
___ CtRmDep
___ Doc. No. 1

3.

At all pertinent times hereto, the defendant owned, operated, managed and controlled the M/V JEANIE G, a push boat engaged in operations in the intercostal waterways of the States of Alabama and Louisiana.

4.

At all pertinent times hereto, MID-STREAM FUEL SERVICE, L.L.C./MID STREAM HOLDING CORPORATION employed plaintiff, CARL BENDER as a captain. Your petitioner was acting within the course and scope of his employment and in the service of the vessel when his accident occurred.

5.

On or about December 2, 2003 the M/V JEANIE-G owned and operated by MID-STREAM FUEL SERVICE, L.L.C./MID STREAM HOLDING CORPORATION collided with the M/V OCEAN PRIDE, a cargo vessel in the Mobile ship channel when the M/V JEANIE G lost an engine. Plaintiff sustained injuries in this accident.

6.

The defendants, MID-STREAM FUEL SERVICE, L.L.C./MIDSTREAM HOLDING CORPORATION AND OCEAN LONGEVITY SHIPPING AND MANAGEMENT COMPANY, LTD. and/or their agents and crew are negligent in failing to maintain a proper lookout and failing to yield the right of way to the favored vessel. The defendant, MID-STREAM FUEL SERVICE, L.LC./MID STREAM HOLDING CORPORATION and/or its agents and crew is guilty of negligence in failing to provide your petitioner with a safe place to work, with a seaworthy vessel and with an adequately trained crew who could have avoided your petitioner's injuries; defendant, MID-STREAM FUEL SERVICE, L.L.C./MID STREAM

HOLDING CORPORATION had an absolute and non-delegable duty to provide a seaworthy vessel to plaintiff. The aforesaid conditions and loss of the vessel's engine rendered the vessel unseaworthy in accordance with the general maritime law as described above..

7.

As a direct and proximate cause of the negligence of the defendant and the unseaworthiness of said vessel, plaintiff has sustained the following injuries and damages:

Acute severe injuries to his neck and back, traumatic stress syndrome, loss of past and future earnings, loss of earning capacity, pain and suffering, mental anguish, physical anguish, discomfort, inconvenience, loss of enjoyment of life and emotional stress and strain.

8.

The defendant has a duty to provide plaintiff with maintenance and cure.

9.

Plaintiff, as a result of the aforesaid accident, has expended and will expend for a reasonable period of time in the future for his maintenance the sum of $35.00 per day while he is disabled and unable to work.

10.

Plaintiff has made demand upon defendant to provide him with maintenance and cure to no avail and is therefore entitled to receive penalties and attorneys fees for the failure of the defendant to pay maintenance and cure.

11.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, CARL BENDER demands judgment against defendant, MID-STREAM FUEL SERVICE, L.L.C/MID STREAM HOLDING CORPORATION in the full sum of ONE

MILLION DOLLARS AND NO/100 ($1,000,000.00) AND THIRTY-FIVE AND NO/100 ($35.00) per day in the form of maintenance and cure, together with any and all medical expenses incurred as a result of his injury onboard the M/V JEANIE G, for all costs, legal interest, trial by jury and other equitable relief.

Respectfully submitted,

DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiff, CARL BENDER

PLEASE SERVE:

MID-STREAM FUEL SERVICE/
MID STREAM HOLDING CORPORATION
Through its agent for service of process:
1718 Lobdell Highway
Port Allen, LA 70767

OCEAN LONGEVITY SHIPPING
AND MANAGEMENT COMPANY, LTD.
Room 3313
Hong Kong Plaza
188 Connaught Road, West
Hong Kong