UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB -1 P 1:14
LORETTA G. WHYTE
CLERK

ERIC BLACKWELL — CIVIL ACTION

VERSUS — NO. 04-1686
REF: 04-1930

MID-STREAM FUEL SERVICE, LLC/
MIDSTREAM HOLDING CORPORATION,
ET AL — SECTION: L

**JUDGMENT in CA 04-1930**

This matter came on before the Court for jury trial on July 25th and July 26, 2005 as to the claims of plaintiff, Carl Binder. Additionally, this matter came on before the Court sitting without a jury on the issue of maintenance and cure on December 22, 2005 as to the claims of said plaintiff. Now therefore, considering the answers of the jury to the interrogatories propounded to them, the Court's Findings of Fact and Conclusions of Law entered in this matter, all prior rulings in this matter, and the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Carl Binder (improperly named as Carl Bender), and against defendant, Martin Mid-Stream GP, LLC (improperly named as Mid-Stream Fuel Service, LLC/Midstream Holding Corporation), in the amount of Twenty-Two Thousand and No/100 ($22,000.00) Dollars, plus legal interest from the date of judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be

___ Fee
___ Process
X Dktd
✓ CtRmDep
___ Doc. No.

**judgment in favor of defendants, Martin Operating Partnership, LP as owner of the M/V Jeanie G, Murphy Oil USA, Inc., and Bunge SA Geneva as charterer of the M/V Ocean Pride, and against plaintiff, Carl Binder, dismissing said defendants with prejudice.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the third party complaint of defendant, Murphy Oil USA, Inc., against Carl Binder, is dismissed with prejudice.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Carl Binder, and against defendant, Mid-Stream GP, LLC, in the amount of Two Thousand, Three Hundred Sixty-Eight ($2,368.00) Dollars in maintenance payments, and in the amount of Five Thousand, Six Hundred Ninety-Three ($5,693.00) Dollars in cure payments, together with pre-judgment interest at the rate of 3.00% from December 2, 2003 to the date of judgment.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs.**

**New Orleans, Louisiana, this 31 day of January, 2006.**

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**